FILED

IN THE UNITED STATES DISTRICT COURT **SEALED**
FOR THE DISTRICT OF MASSACHUSETTS

2015 SEP  8  PM 1 31

U.S. DIST.....
DISTRICT OF ....S.

UNITED STATES OF AMERICA,

vs.

**Criminal No.** 15-cr- 10258

BRIAN SMIGIELSKI,

Defendant.

## GOVERNMENT'S MOTION TO SEAL
## INFORMATION AND JS-45

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct

that the information and Form JS-45 be sealed (and that no person shall disclose the filing of the

information) until the defendant is in custody in the above-captioned case and the Court has

ordered the information and related documents unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States

Attorney, through undersigned counsel, be provided copies of all sealed documents which the

United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *s/ Dustin Chao*
Dustin Chao
Assistant U.S. Attorney

Date:  September 8, 2015